IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. MJG-02-99 |
| ) | |
| JOSEPH H. SHIFFLETT SR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

MR CLERK:

Plaintiff, United States of America, hereby dismisses the above-entitled action (Rule 41(a)(1), F.R.Cv.P.), as to the defendant Joseph H. Shifflett Sr. without prejudice and without costs and for cause therefore states:

Plaintiff has been unable to serve process upon the defendant.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

Thomas F. Corcoran
Assistant U.S. Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201-2692
Trial Bar No. 24894

Approved this ___ day of April 2002

Marvin J. Garbis
United States District Judge